IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE ROBINSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 17-999 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

PETRESE B. TUCKER, J.

AND NOW, this 18th day of July, 2018, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is DENIED.

3. The Clerk of the Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

*Petrese B Tucker*
PETRESE B. TUCKER, J.